| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2012 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>WRIGHT, SUSAN W. | 2. Court or Organization<br><br>EASTERN DISTRICT OF ARKANSAS | 3. Date of Report<br><br>08/02/2013 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. DISTRICT JUDGE (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐    Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |
| 7. Chambers or Office Address<br><br>UNITED STATES DISTRICT COURT<br>600 W. CAPITOL AVE., SUITE 522<br>LITTLE ROCK, AR 72201 | **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.* | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | Trustee | ▓▓▓▓▓ Trusts |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 08/02/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | First Amendment Center | February 16-18, 2012 | Nashville, TN | Moot Court | travel, lodging and food |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 08/02/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Money Mkt Assets | A | Interest | K | T | | | | | See Note A. |
| 2. Keystone Precious Metals(Y) | | | | | | | | | See Note J. |
| 3. TIAA/CREF-1 S403(b) | C | Interest | N | T | Distributed (part) | 2/1/12 | | | |
| 4. Monsanto Common Stock(Y) | | | | | | | | | See Note J. |
| 5. Monsanto(Y) | | | | | | | | | See Note J. |
| 6. Jonesboro AR Res Hsg & Health Care Fac | A | Interest | J | T | | | | | |
| 7. Putnam Fnd for Gwth & Inc CLB-IRA(Y) | | | | | | | | | See J. |
| 8. Putnam Fnd for Gwth & Inc CLB - IRA(Y) | | | | | | | | | See J. |
| 9. Putnam Fnd for Gwth & Inc CLB(Y) | | | | | | | | | See J. |
| 10. First Star Bank, AR(Y) | | | | | | | | | See J. |
| 11. Ing | | | | | | | | | See Note N. |
| 12. Metropolitan Bank Account | A | Interest | K | T | | | | | |
| 13. T.D. Williamson, Inc. C.S. (Ed.) | D | Dividend | N | T | | | | | |
| 14. Oppenheimer Main St. Fnd | A | Dividend | J | T | | | | | |
| 15. Putnam Fd. For Growth & Inc B(Y) | | | | | | | | | See Note J. |
| 16. Regions Bank Money Mkt acct | | | | | Closed | 7/1/2012 | L | A | |
| 17. (Y)Municipal Bonds (MSDW) | | | | | | | | | See Note J |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 08/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Little River AR Rev Bds (refnding Ga.-Pacific Corp)(Y) | | | | | | | | | See Note J. |
| 19. - Conway Arkansas Wastewtr Rev(Y) | | | | | | | | | See Note J. |
| 20. - University of Arkansas Univ Revs Var. Fac-FV Ser A B/E(Y) | | | | | | | | | See Note J |
| 21. AR St-Dev Fin Auth Rev Epis. Collegiate Schl. Proj.(Y) | | | | | | | | | See Note J |
| 22. - Tarrant Cnty Tex Health Facs Dev Corp hlth Sys (muni)(Y) | | | | | | | | | See Note J. |
| 23. Putnam OTC Emerg Grwth T.C1. B(Y) | | | | | | | | | See Note J |
| 24. Fundamental Invester Inc(Y) | | | | | | | | | See Note J. |
| 25. Global Marine(Y) | | | | | | | | | See Note J. |
| 26. New Perspectives Fund Inc(Y) | | | | | | | | | See Note J |
| 27. Oppenheimer Main St. Fund Inc. & Grw. F.C1. B(Y) | | | | | | | | | See Note J |
| 28. Putnam Fd. for Grwth & Inc C1 B(Y) | | | | | | | | | See Note J |
| 29. Washington Mutual Investers(Y) | | | | | | | | | See Note J. |
| 30. ▨ Testamentary Trust I (BW)MSDW▨ | B | Int./Div. | L | T | | | | | |
| 31. - Balanced Growth Fund A (MS I)(Y) | | | | | | | | | See Note G. |
| 32. - Balanced Growth Fund B (MS I)(Y) | | | | | | | | | See Note G. |
| 33. - Dividend Grwth Securities A (MS1)(Y) | | | | | | | | | See Note G. |
| 34. - Dividend Grwth Securities B (MS1)(Y) | | | | | | | | | See Note G. |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 08/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Strategist Fund A (MS1)(Y) | | | | | | | | | See Note G. |
| 36. - Global Advantage Fd B (prev - Euro Grwth Fd B (MS1)(Y) | | | | | | | | | See Note G. |
| 37. - Aggressive Equity Fd B (MS1)(Y) | | | | | | | | | See Note G. |
| 38. - Strategist Fund B (MS1)(Y) | | | | | | | | | See Note G |
| 39. - AIM Cap. Dev. A(Y) | | | | | | | | | See Note G. |
| 40. - Amer Gr Fd of America F(Y) | | | | | | | | | See Note G. |
| 41. - Fidel Adv Dvrsfd Intl A(Y) | | | | | | | | | See Note G. |
| 42. - Lazard Emerging Markets I(Y) | | | | | | | | | See Note G. |
| 43. - Phoenix Multi-Sector S/T BD A(Y) | | | | | | | | | See Note G. |
| 44. - PIMCO Unconstrained Bond P(PUCPX) (mutual funds) | | | | | | | | | See Note H. |
| 45. - RS Partners A(Y) | | | | | | | | | See Note G. |
| 46. - TCW Galileo Div Focus N | | | | | | | | | See Note H. |
| 47. - MS(DW) Active Asset Money Fnd | | | | | | | | | |
| 48. - Alerian MLP ETF | | | | | Buy | 1/11/12 | J | | |
| 49. - Gug BLT 2018 Corp Bnd ETF | | | | | Buy | 9/7/12 | J | | |
| 50. - Guggenheim Bullershr 2017 CBE (BSCH) | | | | | Buy | 9/7/12 | J | | |
| 51. - Guggenheim Bulletshares 2015 (BSJF) | | | | | Buy | 10/10/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 08/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Guggenheim Enhanced Short Dura (GSY) | | | | | Buy | 10/10/12 | J | | |
| 53. - IShares Silver Trust (SLV) | | | | | | | | | See Note H. |
| 54. - IShares Barclay's Tips BD FD (TIP) | | | | | Buy | 4/3/12 | J | | |
| 55. - IShares JP Morgan EM Bond Fd (EMB) | | | | | Buy | 9/7/12 | J | | |
| 56. - IShares MSCI Canada Index Fd. | | | | | | | | | See Note H. |
| 57. - IShares S&) 500 Grwth Index | | | | | | | | | See Note H. |
| 58. - IShares S&P Midcap 400 Index (ISHE) | | | | | | | | | See Note H. |
| 59. - IShares S&P Smallcap 600 Index | | | | | | | | | See Note H. |
| 60. - Powershares DB Comm Trk Inc. | | | | | | | | | See Note H. |
| 61. - SPDR DJ Wilshire Global Rea | | | | | | | | | See Note H. |
| 62. - Utilities Sel Sec SPDR Fund | | | | | Buy | 4/3/12 | J | | |
| 63. - Vanguard Div. Appreciation | | | | | | | | | See Note H. |
| 64. - Vanguard European MSCI ETF | | | | | Buy | 9/7/12 | J | | |
| 65. - Vanguard Emerging Mkts. (VWO) | | | | | | | | | See Note H. |
| 66. - Wisdom Tree Div Top 100 (DTN) | | | | | Buy | 1/18/12 | J | | |
| 67. - Wisdomtree Equity Income Funds | | | | | Buy | 1/18/12 | J | | |
| 68. - Wisdomtree Trust Emrg Mkt Eqt | | | | | | | | | See Note H. |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Oppenheimer Dev. Mkts Y (ODVYX) (mutual funds) | | | | | | | | | See Note H. |
| 70. - Thornburg Intl Val I (mutual funds) | | | | | Buy | 4/3/12 | J | | |
| 71. - Virtus Multi Sect Sht Trm BDI | | | | | | | | | See Note H. |
| 72. ▨▨▨ Testamentary Trust II BW(MSDW▨▨) | A | Int./Div. | M | T | | | | | |
| 73. - Aston/Optim Mid Cap N | | | | | Sold | 3/15/12 | J | A | |
| 74. - Cohen & Steers Intl Realty A | | | | | Sold | 3/15/12 | J | A | |
| 75. - Hartford Cap Apprec A | | | | | Sold | 03/15/12 | J | A | |
| 76. - Lazard Emerging Mkts Open | | | | | Sold | 03/15/12 | J | A | |
| 77. - MSIF Intl SmallCap P | | | | | Sold | 03/15/12 | J | A | |
| 78. - Pimco Total Return A | | | | | | | | | See Note H. |
| 79. - RS Partners A | | | | | Sold | 3/15/12 | J | A | |
| 80. - TCW Div Focused N | | | | | Buy | 4/1/12 | J | | |
| 81. - US Treasury Note | | | | | | | | | |
| 82. - Alerian MLP | | | | | Buy | 05/10/12 | J | | |
| 83. - IShares Silver Trust (SLV) | | | | | Buy | 05/10/12 | J | | |
| 84. - Powershares | | | | | Buy | 5/10/12 | J | | |
| 85. - SPDR DJ Wilshire Global | | | | | Buy | 5/10/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 08/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Utilites Sel. Sect. SPDR | | | | | Buy | 11/14/12 | J | | |
| 87. - Wisdomtree Div Top 100 (DTN) | | | | | Buy | 05/10/12 | J | | |
| 88. - Wisdomtree Equity Income Fund (DHS) | | | | | Buy | 1/8/12 | J | | |
| 89. - Wisdomtree Trust Emrg Mkt. Eqt (Dem) | | | | | | | | | See Note H. |
| 90. - Money Fund 1 (MSDW) | | | | | | | | | |
| 91. - Gug Blt 2018 Corp Bnd ETF (BSCI) | | | | | Buy | 9/7/2012 | J | | |
| 92. - Guggenheim Bullershr 2017 CBE (BSCH) | | | | | Buy | 10/10/12 | J | | |
| 93. - Guggenheim Bulletshares 2015 (BSJF) | | | | | Buy | 10/10/12 | J | | |
| 94. - Guggenheim Enhanced Short Dura (GSY) | | | | | Buy | 10/10/12 | J | | |
| 95. - IShares Barclay's Tips BD FD (TIP) | | | | | Buy | 4/3/12 | J | | |
| 96. - IShares JP Morgan EM Bond (Fd)(EMB) | | | | | Buy | 9/7/12 | J | | |
| 97. - IShares MSCI Aust Index Fund (EWA) | | | | | Buy | 2/10/12 | J | | |
| 98. - IShare MSCI Canada Index Fd. (EWC) | | | | | Buy | 5/10/12 | J | | |
| 99. - IShares S&P 500 Grwth Index (IVW) | | | | | Buy | 4/3/12 | J | | |
| 100. - IShares S&P Midcap 400 Index | | | | | Buy | 8/17/12 | J | | |
| 101. - IShares Smallcap 600 Index (UR) | | | | | Buy | 9/7/12 | J | | |
| 102. - Powershares DB Comm Trk Inc. (DBC) | | | | | Buy | 9/7/12 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 08/02/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  - Vanguard Dividend Appreciation | | | | | | | | | See Note H. |
| 104.  - Vanguard European MSCI ETF (VGK) | | | | | Buy | 9/7/12 | J | | |
| 105.  - Vanguard MSCI Emerging Markets (VWO) | | | | | | | | | See Note H. |
| 106.  - Oppenheimer Dev. Mkts Y (ODVYX) (mutual funds) | | | | | | | | | See Note H. |
| 107.  - Thornburg Intl Val I (TGVIX)(mutual fds.) | | | | | | | | | See Note H. |
| 108.  - Vertus Multi Sect Sht Trm BDI | | | | | | | | | See Note H. |
| 109.  ____ Trust 1 (MSDW____)HMEB | A | Interest | L | T | | | | | |
| 110.  - Alerian | | | | | Buy | 6/8/12 | J | | |
| 111.  - Gug BLT 2018 Corp | | | | | Buy | 10/10/12 | J | | |
| 112.  - Guggenheim Bullershr 2017 CBE (BSCH) | | | | | Buy | 10/10/12 | J | | |
| 113.  - Guggenheim Bulletshares 2015 (BSJF) | | | | | Buy | 9/12/12 | J | | |
| 114.  - Guggenheim Enhanced Short Dura (GSY) | | | | | Buy | 10/12/12 | J | | |
| 115.  - IShares Silver Trust (SLV) | | | | | Buy | 2/10/12 | J | | |
| 116.  - IShares Barclays Tips BD FD | | | | | Buy | 4/3/12 | J | | |
| 117.  - IShares JP Morgan EM Bond FD | | | | | Buy | 9/7/12 | J | | |
| 118.  - IShares MSCI Canada Index Fd | | | | | | | | | See Note H. |
| 119.  - IShares MSCI EAFE Fund | | | | | | | | | See Note H. |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 08/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - IShares S&P 500 Grwth Index | | | | | | | | | See Note H. |
| 121. - IShares S&P 500 Value Index | | | | | | | | | See Note H. |
| 122. - IShares S&P Midcap 400 Index | | | | | | | | | See Note H. |
| 123. - IShares S&P Smallcap 600 Index | | | | | | | | | See Note H. |
| 124. - IShares TR MSCI Small Cap | | | | | | | | | See Note H. |
| 125. - Powershares DB Comm Trk Inc. | | | | | | | | | See Note H. |
| 126. - SPDR DJ Wilshire Global REA | | | | | | | | | see Note H. |
| 127. - SPDR Ser. Trust DB Inv Gvt) | | | | | | | | | See Note H. |
| 128. - Vanguard Emrg Mkts ETF | | | | | | | | | |
| 129. - Vanguard European MSCI ETF (VGK) | | | | | Buy | 9/7/12 | J | | |
| 130. - Vanguard Div. Apprec. (VIG) | | | | | Buy | 08/17/12 | J | | |
| 131. - Oppenheimer Dev. Mkts Y (ODVYX) (mutual funds) | | | | | | | | | See Note H. |
| 132. - Pimco Unconstrained Bond P (PUCPX) (mutual funds) | | | | | | | | | See Note H. |
| 133. - Thornburg Intl Val (TGVIX)(mutual funds) | | | | | Buy | 4/3/12 | J | | |
| 134. - Virtus Multi Sect Sht Trm BDI (PIMSX) | | | | | Buy | 4/13/12 | J | | |
| 135. - IShares Silver Trust | | | | | | | | | See Note H. |
| 136. - IShares MSCI Aust Index Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 08/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  - Utilities Sec Sec SPDR Fund | | | | | Buy | 4/3/12 | J | | |
| 138.  - Wisdomtree Trust Emrg Mkt Eqt(Y) | | | | | | | | | See Note J |
| 139.  - Wisdomtree Div. Top 100 (DTN) | | | | | Buy | 01/18/12 | J | | |
| 140.  - Wisdomtree Equity Income Fds. | | | | | Buy | 01/18/12 | J | | |
| 141.  - US Treasury Note(Y) | | | | | | | | | See Note J |
| 142.  Washington Mutual Inv Fd (IRA)(Y) | | | | | | | | | See Note J. |
| 143.  Equity Inc. Fd. Sel. Ten 97 Ser. A (IRA)(Y) | | | | | | | | | See Note J. |
| 144.  Fundamental Investor Inc (IRA)(Y) | | | | | | | | | See Note J. |
| 145.  New Perspective Fd. Inc (IRA)(Y) | | | | | | | | | See Note J. |
| 146.  Putnam Fd. for Grwth & Inc C1 B (IRA)(Y) | | | | | | | | | See Note J. |
| 147.  Bristol-Myers Squibb(Y) | | | | | | | | | See Note J. |
| 148.  John Hancock Fin. Ind. Fd. C1a(Y) | | | | | | | | | See Note J. |
| 149.  Tarrant Cnty. TX Hlth. Facs Dev Corp(Y) | | | | | | | | | See Note J |
| 150.  ML PFD Cap. Trust III(Y) | | | | | | | | | See Note J. |
| 151.  Brokerage Acct (WF⬛) Trust | D | Int./Div. | M | T | | | | | |
| 152.  - Blackrock Muni. Fd. (⬛) | | | | | | | | | |
| 153.  -Household Finance Corp Global Notes | | | | | | | | | See Note R. |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 08/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Wells Fargo Company Fds Tr Precious Metals Fd (Mutual Fund | | | | | | | | | See Note F. |
| 155. (X)- Merrill Lynch 6.45% Cap (securities) (preferred) | | | | | Buy | 12/15/11 | J | | See Note R. |
| 156. - Nuveen Amt. Free Municipal Value F | | | | | Buy | 9/6/12 | J | | |
| 157. - Nuveen Insured Tax Free Income Port 2 SBI(Y) | | | | | | | | | See Note G. |
| 158. - Nuveen Muni Value Fd. Inc. | | | | | Buy | 5/14/12 | J | | |
| 159. -Nuveen Sel. Mat Fd SBI (mutual funds) | | | | | Buy | 9/6/12 | J | | |
| 160. - Evergreen Intl Tr Prec Metals Fnd C1 A MF (WF Fds. Tr.) | | | | | | | | | See Note E. |
| 161. - IBM(Y) | | | | | | | | | See Note G. |
| 162. - IShares TR Consumer Cyclical(Y) | | | | | | | | | See Note G. |
| 163. - Powershares Aerospace & Defense Portfolio | | | | | | | | | |
| 164. - SPDR Dow Jones Indl. | | | | | Buy | 1/12/12 | J | | |
| 165. - Little Rock AR Swr Rev Constr Ser A B/E FSA Mun. Bonds | | | | | | | | | |
| 166. - San Antonio TX WTR Rev Rfdg Sys | | | | | | | | | See Note H. |
| 167. - Nuveen Select Tax Free Income Port 2 SBI | | | | | | | | | |
| 168. - Nuveen Amt. Free Muni. Value | | | | | Buy | 9/12/12 | J | | |
| 169. Brokerage Acct.▮▮▮ (IRA) | C | Int./Div. | N | T | | | | | |
| 170. - Tarrant Cnty Tex Health Facs Dev Corp Hlth Sys (muni)(Y) | | | | | | | | | See Note J. |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 08/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  -IShares Tr S&P Midcap 400 Index | | | | | | | | | |
| 172.  - IShares Tr S&P 500 Index Fd. | | | | | | | | | |
| 173.  - Merrill Lynch Pfd Cap | | | | | | | | | |
| 174.  - Money Market -Wells Fargo | | | | | | | | | See Note A. |
| 175.  - US Treas Note | | | | | | | | | |
| 176.  - Fed Natl Mtg Assn Bonds | | | | | | | | | See Note D . |
| 177.  - Fed Natl Mtg Assn Notes | | | | | | | | | See Note D, |
| 178.  - Fed Home Loan Mtg Notes | | | | | | | | | See Note D. |
| 179.  - US Treas Bonds | | | | | | | | | See Note D. |
| 180.  - US Treas Bonds | | | | | | | | | See Note D. |
| 181.  - US Treas Inflation Index Notes | | | | | | | | | See Note D. |
| 182.  - Treasury Inflation Index | | | | | | | | | See Note D. |
| 183.  - Treasury Inflation Index CPN | | | | | | | | | See Note D. |
| 184.  - Pimco Fixed Income Shares Series C | | | | | Sold | 01/17/12 | J | A | |
| 185.  - Pimco Advisors Fxd Inc. Series M | | | | | Sold | 01/17/12 | J | A | |
| 186.  - Pimco Total Return ETF | | | | | Buy | 7/9/12 | J | | |
| 187.  - Powershares Aerospace & Defense(Y) Portfolio PPA | | | | | | | | | See Note G |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 08/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - Powershares DB Energy ET Fund | | | | | Buy | 7/9/12 | J | | |
| 189. - Altria Group Inc. | | | | | | | | | |
| 190. - Apple Inc. | | | | | | | | | |
| 191. - Arch Coal Inc. | | | | | Sold | 1/17/12 | J | A | |
| 192. - AT&T Inc. | | | | | | | | | |
| 193. - ETFS Physical Precious Metals Basket Trust | | | | | Sold | 1/17/12 | J | A | |
| 194. - General Mills Inc. | | | | | Sold | 01/17/12 | J | A | |
| 195. - IShares Barclays MBS Bond Fd | | | | | Sold | 1/17/12 | J | A | |
| 196. - IShares Barclays 7-10 Yr. Treas. Bond | | | | | Sold | 01/17/12 | J | A | |
| 197. - IShares Barclays Intermediate Credit Bond Fund | | | | | Sold | 01/17/12 | J | A | |
| 198. - IShares Barclays ET 1-3 Year Credit Bond | | | | | Sold | 01/17/12 | J | A | |
| 199. - IShares Barclays 3-7 Year Treas. Bond(Y) | | | | | | | | | See Note G. |
| 200. - IShares IBOXX Inv ET Gr. Corp Bond Fd | | | | | | | | | |
| 201. - IShares IBOXX $ Yld Etf | | | | | Buy | 01/17/12 | J | | |
| 202. - IShares MSCI EAFE Index Fd. | | | | | Buy | 4/13/12 | J | | |
| 203. - IShares S&P US Preferred Stock | | | | | | | | | |
| 204. - McDonalds Corp. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. - Norfolk Southern Corp | | | | | | | | | |
| 206. - Pepsico Incorporated | | | | | Sold | 01/17/12 | J | A | |
| 207. - Pfizer Incorporated | | | | | | | | | |
| 208. - Powershares Em Mar ET Sov De PT | | | | | | | | | |
| 209. - Powershares DB Energy ET Fd. | | | | | Buy | 7/9/12 | J | | |
| 210. - Proctor & Gamble Co. | | | | | Sold | 01/17/12 | J | A | |
| 211. - Select Spector SPDR TR Util Sel. Sector (Y) | | | | | | | | | See Note G. |
| 212. - SPDR Barclays Cap Hi-Yield Bond ETF (Y) | | | | | | | | | See Note G. |
| 213. - Caterpillar Inc. | | | | | Buy | 1/17/12 | J | | |
| 214. - Chevron Corp. | | | | | Buy | 01/17/12 | J | | |
| 215. - IShares Core Series | | | | | Buy | 10/21/12 | J | | |
| 216. - Guggenheim(Y) | | | | | Buy | 3/13/12 | J | | |
| 217. - Invesco Real Estate Fd Y (mut.fd.) | | | | | Buy | 01/17/12 | J | | |
| 218. - Morgan Stanley Emerging Markets Domestic Debt Fund | | | | | Buy | 01/17/12 | J | | |
| 219. - National Oilwell Varco Inc. | | | | | Buy | 05/27/12 | J | | |
| 220. - Pimco Total Ret. ET Bond | | | | | Buy | 08/03/12 | J | | |
| 221. - Powershares Aerospace & Defense | | | | | | | | | See Note C. |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 08/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. - Prudential Financial Inc. | | | | | Buy | 06/05/12 | J | | |
| 223. - SPDR Nuveen Barclays ETF | | | | | Buy | 01/17/12 | J | | |
| 224. - Vanguard MSCI(Y) | | | | | Buy | 5/12/12 | J | | |
| 225. - Western Asset Income Fd. (mut. fd.) | | | | | Buy | 8/3/12 | J | | |
| 226. - Wynn Resorts Ltd. | | | | | Buy | 08/03/12 | J | | |
| 227. - Morgan Stanley Emerging Mkt. Domestic Debt Fd. | | | | | Buy | 1/17/12 | J | | |
| 228. - Western Asset Inc. FD PAI | | | | | Buy | 8/3/12 | J | | |
| 229. WF * Brok.3 (REW____)(Y) *Not an IRA | | | | | | | | | See Note I |
| 230. - AT&T Inc.(Y) | | | | | | | | | See Note I |
| 231. - Univ AR Univ Revs AR FAC-Fayetteville Ser. (MUN.BONDS(Y) | | | | | | | | | See Note I |
| 232. - PowerShares Aerospace & Defense Portfolio(Y) | | | | | | | | | See Note I |
| 233. - Nuveen Sel Tax Free Income Port 2 SBI (mutual funds)(Y) | | | | | | | | | See Note I |
| 234. - Nuveen Municipal Val. Fd. Inc. NUV(Y) | | | | | | | | | See Note I |
| 235. WF Brok. Acct. 1____)(Cash)(Y) *Not an IRA | | | | | | | | | See Note I |
| 236. WF Brok.3(REW____)(Trust)(BeniIRA) | B | Dividend | K | T | | | | | See Note I. |
| 237. - Air Prods & Chemicals Inc. | A | Dividend | | | Sold | 3/15/12 | J | A | |
| 238. - Alcoa Inc. | A | Dividend | | | Sold | 03/15/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 08/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. - AmEx | A | Dividend | J | T | | | | | |
| 240. - Bank of America Corp. | A | Dividend | | | Closed | 3/15/12 | J | A | |
| 241. - Caterpillar Inc. | A | Dividend | J | T | | | | | |
| 242. - Chevron Corp. | A | Dividend | J | T | | | | | |
| 243. - Coca-Cola Co. | A | Dividend | J | T | | | | | |
| 244. - Colgate-Palmolive Co.(Y) | | | | | | | | | See Note G |
| 245. - CSX Corp. | A | Dividend | | | Sold | 03/15/12 | J | A | |
| 246. - Eastman Chemical Co. | A | Dividend | J | T | Buy | 11/28/12 | J | | |
| 247. - Exxon Mobil Corp. | A | Dividend | | | Sold | 03/15/12 | J | A | |
| 248. - General Electric Co. | A | Dividend | | | Sold | 02/22/12 | J | A | |
| 249. - General Mills, Inc. | A | Dividend | | | Sold | 02/22/12 | J | A | |
| 250. - Goldman Sachs Group Inc. | A | Dividend | | | Sold | 03/15/12 | J | A | |
| 251. - Guess, Inc. | A | Dividend | | | Sold | 02/22/12 | J | A | |
| 252. - Healthcare REIT Inc. | A | Dividend | J | T | | | | | |
| 253. - Hewlett-Packard Co. | A | Dividend | | | Sold | 05/22/12 | J | A | |
| 254. - Home Depot, Inc. | A | Dividend | | | Sold | 01/19/12 | J | A | |
| 255. - Intel Corp. | A | Dividend | | | Sold | 04/05/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 08/02/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. - Internl. Bus Machines Corp. | A | Dividend | J | T | | | | | |
| 257. - IShare Tr. S&P Small Cap 600 Index Fd. | A | Dividend | J | T | | | | | |
| 258. - IShares Brcly. Inst. ETF | A | Dividend | J | T | | | | | See Note H. |
| 259. - SHS Inc. MSCI S. Korea Webs Index | A | Dividend | J | T | Buy | 8/20/12 | J | | |
| 260. - IShares MSCI Korea ETF | A | Dividend | J | T | Buy | 8/20/12 | J | | |
| 261. - IShares Core S&P Mid ETF | A | Dividend | J | T | Buy | 11/7/12 | J | | |
| 262. - IShares Inv. Gr. Bond ETF | A | Dividend | J | T | Buy | 08/31/12 | J | | |
| 263. - IShares 1BOXX Inv. Grade Corp Bond Fund | A | Dividend | J | T | | | | | |
| 264. - IShares JP Morgan Et Emerging Markets Bond Fd. | A | Dividend | J | T | | | | | |
| 265. - IShares MSCI EAFE Index Fund | A | Dividend | J | T | | | | | |
| 266. - IShares MSCI Malaysia Index Fd. | A | Dividend | J | T | | | | | |
| 267. - IShares TR S&P Midcap 400 Index Fd. | A | Dividend | J | T | | | | | |
| 268. - IShares MSCI Singapore Index Fd. | A | Dividend | | | Sold | 03/15/12 | J | A | |
| 269. - Johnson & Johnson | A | Dividend | J | T | | | | | |
| 270. IShares TR-Russell 112000 Index Fd. | A | Dividend | | | Sold | 03/15/12 | J | A | |
| 271. - JP Morgan Chase & Co. | A | Dividend | J | T | | | | | |
| 272. - Kraft Foods Inc. CL. A | A | Dividend | | | Sold | 03/15/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 08/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. - McDonalds Corp. | A | Dividend | J | T | | | | | |
| 274. - Merck & Co. Inc. New | A | Dividend | | | Sold | 04/05/12 | J | A | |
| 275. - Microsoft Corp. | A | Dividend | | | Sold | 04/05/12 | J | A | |
| 276. - Mondelez Intl. | A | Dividend | J | T | | | | | See Note L. |
| 277. - Morgan Stanley Tech ET | A | Dividend | | | Sold | 01/11/12 | J | A | |
| 278. - Oracle | A | Dividend | J | T | Buy | 3/15/12 | J | | |
| 279. - Philip Morris Intl. Inc. | A | Dividend | | | Sold | 1/11/12 | J | A | |
| 280. - Pfizer Inc. | A | Dividend | J | T | | | | | See Note H. |
| 281. - Phillips 66 | A | Dividend | J | T | Buy | 11/01/12 | J | | |
| 282. - Powershares ET Preferred Portfolio PGX | A | Dividend | J | T | | | | | |
| 283. - Powershares EM Mar. ET Sov DE Pt. PCy | A | Dividend | J | T | Buy | 3/15/12 | J | | |
| 284. - Powershares DB Comm. Index Tracking Fd. | A | Dividend | J | T | | | | | See Note H. |
| 285. -Powershares DB Command ETF | A | Dividend | J | T | | | | | See Note H. |
| 286. - Qualcomm | A | Dividend | J | T | | | | | See Note H. |
| 287. - Sector SPDR TB Technology Sel. Ssector | A | Dividend | J | T | Buy | 3/15/12 | J | | |
| 288. - SPDR Barclays Cap Hi Yield Bond ETF Jnk | A | Dividend | J | T | | | | | |
| 289. - SPDR Barclays Cap Hi Yld. Intl. Treasury Bond ETF | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 08/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. - United Technologies Corp. | A | Dividend | J | T | | | | | |
| 291. - US Bancorp New | A | Dividend | J | T | Buy | 11/29/12 | J | | |
| 292. - V F Corp. | A | Dividend | J | T | | | | | |
| 293. - Vanguard Emerging Markets ETR | A | Dividend | J | T | | | | | |
| 294. - Vanguard Energy ETF | | Dividend | J | T | | | | | |
| 295. - Vanguard Europe Pacific(Y) | A | | | | | | | | See Note J. |
| 296. - Vanguard Reit ETF | A | Dividend | J | T | | | | | |
| 297. - Verizon Comm. Com. | A | Dividend | J | T | Buy | 1/30/12 | J | | |
| 298. -Vanguard Total Bond ETF | A | Int./Div. | J | T | | | | | See Note H. |
| 299. - Wal-Mart Stores Inc. | A | Dividend | | | Sold | 01/26/12 | J | A | |
| 300. - 3M Company | A | Dividend | | | Sold | 07/12/12 | J | A | |
| 301. - CBS Corporation | A | Dividend | J | T | Buy | 05/14/12 | J | | |
| 302. - Amgen Inc SR Unsec. Callable CPN 3.875% (corp. bonds)(Y) | | | | | | | | | See Note K. |
| 303. - Ace INA Hldgs. Notes | | | | | | | | | See Note K |
| 304. - Apache Corp SR Unsecured Callable CPN 3.250% (corp. bonds | | | | | | | | | See Note K |
| 305. - AT&T Inc. SR Unsecured CPN 3.000% | | | | | | | | | See Note K |
| 306. - Berkshire Hathaway Inc. SR. Unsecured CPN 3.400% | | | | | | | | | See Note K |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. - Blackrock Inc SR. Unsecured CPN 3.500% | | | | | | | | | See Note K |
| 308. - Cisco Systems Inc. SR Unsecured CPN 3.150% | | | | | | | | | See Note K |
| 309. - Dominion Resources Inc. SR Un- secured CPN 5.150% | | | | | | | | | See Note K |
| 310. - Dow Chem Co/the Sr Unsecured CPN 5.150% | | | | | | | | | See Note K |
| 311. - Fortune Brands Inc Sr. Unsecured CPN 6.375% | | | | | | | | | See Note K |
| 312. - GE Co Sr. Unsecured CPN 5.250% | | | | | | | | | See Note K |
| 313. - GE Electric Cap. Corp Midterm Notes | | | | | | | | | See Note K |
| 314. - General Mills Inc. Sr. Unsecured Callable CPN 3.150% | | | | | | | | | See Note K |
| 315. - Goldman Sachs Grp Inc. Sr. Notes CPN 5.375% | | | | | | | | | See Note K |
| 316. - Home Depot Inc. Sr. Notes CPN 5.400% | | | | | | | | | See Note K |
| 317. - JP Morgan Chase & Co. Sr. Notes CPN 6.000% | | | | | | | | | See Note K |
| 318. - Southern Copper Corp Sr. Unsecured CPN 5.375% | | | | | | | | | See Note K |
| 319. - Viacom Inc. Notes CPN 4.375% | | | | | | | | | See Note K |
| 320. - Wal-Mart Stores Inc. Sr. Notes CPN 5.800% | | | | | | | | | See Note K |
| 321. - Walt Disney Company/The Med. Term Notes CPN 1.100% | | | | | | | | | See Note K |
| 322. - Fed Home Ln Mtg. Corp Med. Term Note CPN 2.375% gov. bond | | | | | | | | | |
| 323. - Fed. Home Ln. Mtg. Corp Med. Term Note CPN 3.750% | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 08/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. US Treasury Notes CPN 3.375% | A | Dividend | J | T | Buy | 1/14/10 | J | | See Note Q |
| 325. WA Brok.Acct. | B | Interest | N | T | | | | | |
| 326. - Wells Fargo Bank Co. Money Mkt. Acct. | A | Interest | K | T | | | | | |
| 327. - AR St. Univ Rev Ref & Constru-Student Fee Mun. Bond(Y) | | | | | | | | | See Note J |
| 328. - AR St. Dev Fin Auth Rev Episcopal Collegiate Sch Pro.(Y) | | | | | | | | | See Note J. |
| 329. - Blackrock Muniyld. Inv. Fd. | B | Int./Div. | J | T | | | | | |
| 330. - Guggenhein Build America Bonds Mngd Duration Trust | A | Dividend | J | T | Buy | 3/13/12 | J | | |
| 331. - Conway WasteWater Rev. Impr. B/Q B/E(Y) | | | | | | | | | See Note J |
| 332. - AR St, Ybuv Rev Student Fee Beebe Campus B/E Ambac(Y) | | | | | | | | | See Note J. |
| 333. - Little Riv Cnty AR Rev RFDG Amt Ga-Pac. Corp Proj | | | | | | | | | See Note M. |
| 334. - Univ AR Univ Revs Various Fac-Fayetteville Ser A B/E OIL | A | Int./Div. | J | T | | | | | |
| 335. - Univ. Central AR Rev. Rfdg. | A | Dividend | J | T | | | | | |
| 336. - Nuveen Sel. Tax Free Income Port 2 SBI | B | Int./Div. | K | T | | | | | |
| 337. - Nuveen Muni Value Fund Inc. | B | Int./Div. | L | T | | | | | |
| 338. - Ing | B | Int./Div. | K | T | | | | | See Note N.. |
| 339. WA Brok. Acct. Ed. Fd. (cash) | A | Interest | K | T | | | | | |
| 340. TIAA-CREF (REW)(Tr.) | A | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 08/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. WF Brok. Acct. IRA ▮▮▮ SWW) | B | Int./Div. | N | T | | | | | |
| 342. - Ace Limited | | | | | Buy | 6/15/12 | J | | |
| 343. - AES Corp | | | | | Buy | 5/23/12 | J | | |
| 344. - Advanced Micro Devices | | | | | Sold | 6/22/12 | J | A | |
| 345. - Allstate Corp. | | | | | | | | | |
| 346. - American Express | | | | | | | | | |
| 347. - Anadarko Petroleum Co. | | | | | Buy | 6/15/12 | J | | |
| 348. - Anheuser Busch | | | | | Sold | 03/15/12 | J | A | |
| 349. - AT&T Inc. | | | | | | | | | |
| 350. - Barrick Gold | | | | | Sold | 03/15/12 | J | A | |
| 351. - Boeing | | | | | | | | | |
| 352. - Broadbridge Financial Solutions | | | | | | | | | |
| 353. - Brocade Communications Systems | | | | | Sold | 8/2/12 | J | A | |
| 354. - Capital One Financial Corp. | | | | | Buy | 8/24/12 | J | | |
| 355. - Carefusion | | | | | Sold | 03/15/12 | J | A | |
| 356. - Centerpoint Energy Inc. | | | | | Sold | 3/15/12 | J | A | |
| 357. - CIT Group Inc. New | | | | | Buy | 8/2/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 08/02/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. - CMS Energy Group | | | | | Sold | 02/06/12 | J | A | |
| 359. - Comerica Inc. | | | | | Sold | 02/06/12 | J | A | |
| 360. - CVS Caremark Corp | | | | | Buy | 3/6/12 | J | | |
| 361. - Disney Walt Company | | | | | Sold | 02/06/12 | J | A | |
| 362. - Du Pont E.I. De Nemours & Co. | | | | | Sold | 01/19/12 | J | A | |
| 363. - El Paso Corp. | | | | | Sold | 3/15/12 | J | A | |
| 364. - E M C Corp Mass | | | | | | | | | |
| 365. - Emerson Electric Co. | | | | | Sold | 3/15/12 | J | A | |
| 366. - Energen Electric | | | | | Sold | 3/15/12 | J | A | |
| 367. - Energy Bermuda Ltd. | | | | | | | | | |
| 368. - Energizer Holdings | | | | | Sold | 9/18/12 | J | A | |
| 369. - Excel Energy | | | | | Sold | 1/19/12 | J | A | |
| 370. - Exxon Mobil Corp. | | | | | Buy | 4/12/12 | J | | |
| 371. - Fifth Third Bancorp | | | | | Sold | 01/19/12 | J | A | |
| 372. - FirstEnergy Corp. | | | | | | | | | |
| 373. - Forest Oil Corp. | | | | | Sold | 01/19/12 | J | A | |
| 374. - General Electric Co. | | | | | Sold | 04/18/12 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 08/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ]  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. - Gilead Sciences, Inc. | | | | | Sold | 01/19/12 | J | A | |
| 376. - Georgia Gulf | | | | | Buy | 1/19/12 | J | | |
| 377. - Global Payments | | | | | Buy | 12/10/12 | J | | |
| 378. - Harman Intl Inds Inc New | | | | | Buy | 12/14/12 | J | | |
| 379. - Hartford Finl Svcs Group Inc | | | | | Buy | 10/10/12 | J | | |
| 380. - Health Care REIT | | | | | Sold | 01/19/12 | J | A | |
| 381. -Heinz H J Co. | | | | | Sold | 01/19/12 | J | A | |
| 382. - Honeywell Intl. Inc. | | | | | Sold | 03/15/12 | J | A | |
| 383. - Ingersoll-Rand PLC Shares | | | | | Buy | 6/20/12 | J | | |
| 384. - Jack in the Box Inc. | | | | | | | | | |
| 385. - Johnson & Johnson | | | | | Buy | 6/21/12 | J | | |
| 386. - JPMorgan Chase & Co. | | | | | | | | | |
| 387. - Knight Capital Group Inc. | | | | | Sold | 6/14/12 | J | A | |
| 388. - Kraft Foods | | | | | | | | | |
| 389. - Liberty Media Interactive A | | | | | | | | | |
| 390. - Liberty Media Corp. Starz.com Series A | | | | | Sold | 12/7/12 | J | A | |
| 391. - Lorillard Inc. | | | | | Sold | 02/10/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 08/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. - MGM Resorts | | | | | Buy | 3/12/12 | J | | |
| 393. - Marathon Oil Corp. | | | | | Buy | 1/13/12 | J | | |
| 394. - Medtronic, Inc. | | | | | | | | | |
| 395. - Merck & Co Inc. | | | | | | | | | |
| 396. - Metlife Inc. | | | | | Sold | 8/2/12 | J | A | |
| 397. - Microsoft Corp. | | | | | | | | | |
| 398. - Mondelez Intl Inc | | | | | Buy | 3/12/12 | J | | |
| 399. - Mosaic Co. | | | | | | | | | |
| 400. - National Oilwell - Varco | | | | | Sold | 02/03/12 | J | A | |
| 401. - Newfield Exploration Co. | | | | | Sold | 3/15/12 | J | A | |
| 402. - Nucor Corp. | | | | | Buy | 4/6/12 | J | | |
| 403. - Pfizer Inc. | | | | | | | | | |
| 404. - Qualcomm Inc. | | | | | Buy | 3/15/12 | J | | |
| 405. - RF Micro Devices Inc. | | | | | Buy | 9/25/12 | J | | |
| 406. - Sirius XM Radio Inc. | | | | | Sold | 09/14/12 | J | A | |
| 407. - Time Warner Inc. | | | | | Sold | 8/24/12 | J | A | |
| 408. - Travelers Cos. | | | | | Sold | 8/24/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 409. - Union Pacific Corp. | | | | | Sold | 8/24/12 | J | A | |
| 410. - United Continental Hldgs. Co. | | | | | Sold | 02/16/12 | J | A | |
| 411. - UnitedHealth Group Inc. | | | | | Sold | 7/26/12 | J | A | |
| 412. - US Bancorp New | | | | | | | | | |
| 413. - Verizon Communications Co. | | | | | Sold | 03/09/12 | J | A | |
| 414. - Wells Fargo Co. | | | | | Sold | 01/19/12 | J | A | |
| 415. - Williams Companies Inc. | | | | | Buy | 4/23/12 | J | | |
| 416. - Wyndham Worldwide Corp. | | | | | Sold | 08/15/12 | J | A | |
| 417. - Cons Edison Co of NY | | | | | | | | | See Note K. |
| 418. - Morgan Stanley SubGlobal Notes | | | | | | | | | See Note K. |
| 419. - Home Depot, Inc. Sr. Notes | | | | | | | | | See Note K. |
| 420. - McKesson Corp Sr. Unsecured Cpn | | | | | | | | | See Note K. |
| 421. - Thermo Fisher Scientific SR Unsecured (Corp. Bond) | | | | | | | | | See Note K. |
| 422. - Waste Mgmt Inc. Co (corp bond) | | | | | | | | | See Note K |
| 423. - John Deere Cap. Corp Med. Term Notes | | | | | | | | | See Note K |
| 424. - Ace INA Hldgs. Notes | | | | | | | | | See Note K |
| 425. - Amer. Express Senior Notes | | | | | | | | | See Note K. |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426.  - Merrill Lynch & Co Med. Term Notes | | | | | | | | | See Note K. |
| 427.  - Bear Stearns Co Inc Senior Notes | | | | | | | | | See Note K. |
| 428.  - Citigroup Inc. Senior Notes | | | | | | | | | See Note K. |
| 429.  - Xerox Corp. Seniour Notes | | | | | | | | | See Note K. |
| 430.  - Verizon Comm. Sr. Unsecured | | | | | | | | | See Note K. |
| 431.  - Anheusser-Busch Inbev Wor Co. GTD Ser. WI | | | | | | | | | See Note K. |
| 432.  - Kraf Foods Inc. Sr. Unsecured | | | | | | | | | See Note K. |
| 433.  - Comcast Corp. Co. GTD | | | | | | | | | See Note K. |
| 434.  - Goldman Sachs Grp Inc. Sr. Notes | | | | | | | | | See Note K. |
| 435.  - Gen. Elec Cap Corp Med Term Notes | | | | | | | | | See Note K. |
| 436.  - DirecTV Hldg/Fin Inc. Co. GTD | | | | | | | | | See Note K. |
| 437.  - Dominion Resources Inc. Sr. Unsecured Ser. A | | | | | | | | | See Note K. |
| 438.  - Caterpillar Inc Sr. Unsecured | | | | | | | | | See Note K. |
| 439.  - Capital One Financial Co. Sr. Notes | | | | | | | | | See Note K. |
| 440.  - Intel Corp. Sr. Unsecured | | | | | | | | | See Note K |
| 441.  - Cigna Corp. Sr. Unsecured | | | | | | | | | See Note K |
| 442.  - US Bancorp Med. Term Notes | | | | | | | | | See Note K |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. - Fedex Corp Co. GTD | | | | | | | | | See Note K |
| 444. - Burlingtn North Santa F Debentures | | | | | | | | | See Note K |
| 445. - Marathon Oil Corp. Sr. Unsecured Callable | | | | | | | | | See Note K |
| 446. - Dow Chem Co/The Sr. Unsecured Callable | | | | | | | | | See Note K |
| 447. - Midamerican Energy Hldgs. Bonds | | | | | | | | | See Note K |
| 448. - Metlife Inc. Subord Fltg Rate Notes | | | | | | | | | See Note K |
| 449. - AT&T Senior Notes Callable | | | | | | | | | See Note K |
| 450. - EBay Inc. Sr. Unsecured | | | | | | | | | See Note K |
| 451. - US Treasury Notes (Gov. Bonds) Cpn. 1.125% | | | | | | | | | See Note K |
| 452. - US Treasury Notes (Gov. bonds) Cpn. 0.125% | | | | | | | | | |
| 453. - US Treasury Notes (Cpn 1.750) | | | | | | | | | |
| 454. - US Treasury Inflation Index Notes (CPN 0.500% | | | | | | | | | |
| 455. - Fed. Natl. Mtg. Assn Notes (CPN 2.375%) | | | | | | | | | |
| 456. - US Treasury Notes (CPN 1.750%) | | | | | | | | | |
| 457. - Fed. Home Ln. Mtg Corp. Notes (CPN 2.500%) | | | | | | | | | |
| 458. - US Treasury Notes (CPN 1.000%) | | | | | | | | | |
| 459. - US Treasury Notes (CPN 3.250%) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 31 of 35

**Name of Person Reporting**

**WRIGHT, SUSAN W.**

**Date of Report**

08/02/2013

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. - Fed. Home Ln. Mtg Corp Med Term Note (CPN 3.750%) | | | | | | | | | |
| 461. - Bank of Montreal Med. Term Notes CPN 2.500% | | | | | | | | | |
| 462. - Credit Suisse Sub. Notes CPN 5.400% | | | | | | | | | |
| 463. WF IRA ( REW-Roth IRA)(Y) | | | | | | | | | See Note I. |
| 464. - AT&T Inc.(Y) | | | | | | | | | See Note I |
| 465. - Entergy Corp New(Y) | | | | | | | | | See Note I |
| 466. Metropolitan National Bank-Little Rock | A | Interest | J | T | | | | | |
| 467. Layfayette Co., AR (royalty & fractional mineral interests) | D | Royalty | M | W | | | | | |
| 468. Lafayette Co. AR (royalty & fractional mineral inter.) | D | Royalty | M | W | | | | | See Note O. |
| 469. Miller Co., AR (royalty & fractional mineral interest) | A | Royalty | J | W | | | | | |
| 470. Webster Parish, LA (royalty & fractional mineral inter.) | C | Royalty | J | W | | | | | |
| 471. Caddo Parish, LA (royalty & fractional mineral inter.) | C | Royalty | J | W | | | | | |
| 472. Hempstead Co., AR (mineral interest) | | None | J | W | | | | | |
| 473. Miller Co., AR (land) | | None | J | W | | | | | |
| 474. Lafayette Co., AR (land) | | None | J | W | | | | | |
| 475. MS Trust | A | Dividend | L | T | | | | | See Note P. |
| 476. - MS Money Market | | Int./Div. | J | T | | | | | See Note R. |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. - Alerian MLP ETF | | | | | Buy | 1/11/12 | J | | |
| 478. - Gug BLT 2018 Corp Bnd ETF | | | | | Buy | 9/7/12 | J | | |
| 479. - Guggenheim Bullershr 2017 CBE | | | | | Buy | 9/7/12 | J | | |
| 480. - Guggenheim Bulletshares 2015 | | | | | Buy | 10/10/12 | J | | |
| 481. - Guggenheim Enhanced Short Dura. | | | | | Buy | 10/10/12 | J | | |
| 482. - IShare Silver Trust | | | | | | | | | See Note H. |
| 483. - IShares Barclay's Tips Bd Fd. | | | | | Buy | 4/3/12 | J | | |
| 484. - IShares JP Morgan EM Bond Fd. | | | | | Buy | 9/7/12 | J | | See Note H. |
| 485. - IShares MSCI Aust Index Fund | | | | | | | | | |
| 486. - IShares MSCI Canada Index Fund | | | | | | | | | See Note H. |
| 487. - IShares S&P 500 Grwth Index | | | | | | | | | See Note H. |
| 488. - IShares S&P 500 Value Index | | | | | Buy | 2/10/12 | J | | |
| 489. - IShares S&P Midcap 400 Index | | | | | | | | | See Note H. |
| 490. - IShares SP Smallcap 600 Index | | | | | | | | | See Note H. |
| 491. - Powershares DB Comm Trk Inc. | | | | | | | | | See Note H. |
| 492. - SPDR DJ Wilshire Global Rea | | | | | | | | | See Note H. |
| 493. - Utilities Sel Sect SPDR Fd. | | | | | Buy | 4/3/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494.  - Vanguard Div. Apprec. (VIG) | | | | | | | | | See Note H. |
| 495.  - Vanguard European MSCI ETF | | | | | Buy | 9/7/12 | J | | |
| 496.  - Vanguard MSCI Emerg. Mkts. | | | | | | | | | See Note H. |
| 497.  - Wisdom Tree Div Top 100 | | | | | Buy | 1/18/12 | J | | |
| 498.  - Wisdomtree Equity Incomd Fd. | | | | | Buy | 1/18/12 | J | | |
| 499.  - Wisdomtree Trust Emrg. Mkt Eqt. | | | | | | | | | See Note H. |
| 500.  - Oppenheimer Dev. Mkts Y | | | | | | | | | See Note H. |
| 501.  - Pimco Unconstrained Bond P | | | | | | | | | See Note H. |
| 502.  - Thornburg Intl. Value I | | | | | Buy | 4/3/12 | J | | |
| 503.  - Virtus Multi Sect Sht Trm BDI | | | | | | | | | See Note H. |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note A. Wells Fargo money market funds are included in each Wells Fargo account. This listing is duplicative and will be omitted in future years' reports.

Note B. Tarrant County municipal bonds should not have been included in this account. It has been moved to line 22.

Note C. Line 219. This stock inadvertently omitted from statements in the past, although purchased on 07/09/2007.

Note D. Lines 177-184 are holdings in a different account number with Wells Fargo. That account number ends in    . These holdings will appear in that account in next year's report.

Note E. Line 160. This holding is now a part of Wells Fargo Fds Tr Precious Metals Fd.

Note F. Line 154. The name of this account changed, as reflected in the description.

Note G. Lines 31-43, 45 , 157, 161-162, 212-213-216, 245 have been reinvested into other stock. The date of these reinvestments is uncertain.

Note H. Lines 44, 46, 53, 56-61, 63, 65, 68-69, 71, 78, 87, 103, 105-108, 118-127, 131-132, 135, 167, 259, 281, 285-287, 299, 484, 486, 488-489, 491-494, 496, 501-503, 505. These stocks and mutual funds were purchased in 2011 and inadvertently omitted from the previous year's report.

Note I. Lines 230-237, 465-467.     assets. The dependent     has ceased to be dependent.

Note J. Lines 2, 4-5, 7-10, 15, 17-29, 48, 126 138, 141-150, 17. 231, 287 296, 328-329, 332-333 contain holdings of my deceased    , which were distributed among his heirs upon his death in 2006. I have continued to list them on my report in error.

Note K. Lines 303-324, 419-453 are corporate bonds. These bonds were omitted from previous reports in error.

Note L. Line 277 bought in 2010. Omitted from previous reports in error.

Note M. Line 334. No longer a part of portfolio. Date of transaction uncertain.

Note N. Line 11 moved to Line 339 to be included in brokerage account.

Note O. Line 470.     mineral interests in Lafayette County, AR. I have previously reported     in these mineral rights is included in a trust over which I am Trustee.

Note P. Line 447. The holdings in this account have previously been reported as a part of MS account     (line. 30 ) in error.

Note Q . Line 325. These notes were purchased in 2010 and omitted from previous reports in error.

Note R. Line 153. These notes purchased in 2002 and omittted from previous reports in error.

Note S. Lines 155 and 165 were duplicative. I deleted line 165 from this year's report. These notes were purchased on 12/15/11 and omitted from last year's report in error.

Note T. Line 476. This money market account is part of the Morgan Stanley brokerage accounts. I have had it since the accounts were established. I am listing it separately beginning with this year's report.

As to your inquiry about last year's report:

Line 17 of my 2011 report is line 13 of this year's amended report.
Line 48 of my 2011 report is now line 45.
Line 126 of my 2011 report is now line 169.
Line 231 of my 2011 report is now line 339.

These line changes are due to additions/deletions made to this year's report.

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 08/02/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ SUSAN W. WRIGHT**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544